UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY VARGAS,
                      Plaintiff,

        -against-

CREDIT CONTROL, LLC, et al.,
                      Defendants.
------------------------------------------------------------X

24 Civ. 7885 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated December 18, 2024, scheduled an initial pretrial conference in this matter for February 19, 2025;

WHEREAS, an Order dated December 18, 2024, referred this case to United States Magistrate Judge Henry J. Ricardo for general pretrial purposes. It is hereby

**ORDERED** that the February 19, 2025, initial pretrial conference is **CANCELED**.

The Clerk of Court is respectfully directed to mail this Order to the pro se Plaintiff.

Dated: December 20, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE