```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/28/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY VARGAS,

      Plaintiff,

    -against-

CREDIT CONTROL, LLC, *et al.*,

      Defendants.
------------------------------------------------------------------X

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On January 21, 2025, Defendant Bank of America, N.A. ("BANA") filed a pre-motion letter in anticipation of a motion to dismiss. Dkt. No. 20. On January 22, 2025, the undersigned granted Defendant Portfolio Recovery Associates, LLC's motion for a more definite statement and directed Plaintiff to file an amended complaint by January 31. Dkt. No. 22. On January 23, 2025, Judge Schofield amended the order of reference to include dispositive motions, such as the anticipated motion to dismiss. Dkt. No. 23.

    BANA's request for an extension of time to respond to Plaintiff's complaint pending the Court's consideration of a briefing schedule is **GRANTED**. After Plaintiff files her amended complaint, BANA may file a new pre-motion letter with reference to the amended complaint and the Court will set a briefing schedule at that time.

    The Clerk of Court is respectfully directed to mail a copy of this order to the

Plaintiff.

**SO ORDERED.**

Dated: January 28, 2025
       New York, New York

Hon. Henry J. Ricardo
United States Magistrate Judge