```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY VARGAS,

                Plaintiff,

        -v-

CREDIT CONTROL, LLC, *et al.*,

                Defendants.

**ORDER FOR**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

At the initial case management conference scheduled for **February 19, 2025**, in addition to establishing a case management plan, the Court will also set a schedule for defendant Bank of America, N.A.'s anticipated motion to dismiss.

**SO ORDERED.**

Dated: February 4, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1