USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY VARGAS,

                Plaintiff,

          -v-

CREDIT CONTROL, LLC, *et al.*,

                Defendants.

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    As discussed at today's case management conference, the defendants are directed to meet and confer and provide a status letter to the Court and to the plaintiff by **April 15, 2025**, providing a proposed briefing schedule for a consolidated motion to dismiss or explaining why consolidated briefing is not feasible.

    The defendants' motion or motions are presumptively due by **May 2, 2025**, subject to a request for a different briefing schedule.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

**SO ORDERED.**

Dated: April 8, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1