```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY VARGAS,

                Plaintiff,

        -v-

CREDIT CONTROL, LLC, *et al.*,

                Defendants.

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Defendants' proposed briefing schedule on their motion to dismiss, Dkt. No. 51, is adopted as modified:

- Defendants' Motion to Dismiss is due May 9, 2025;
- Plaintiff's Opposition is due June 9, 2025;
- Defendants' Reply is due June 16, 2025.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

**SO ORDERED.**

Dated: April 18, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1