UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :
NANCY VARGAS,                                             :
                                        Plaintiff,       :          24 Civ. 7885 (LGS)
                                                          :
                    -against-                             :          ORDER
                                                          :
CREDIT CONTROL, LLC et al.,                              :
                                        Defendants.       :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 15, 2025, Magistrate Judge Henry J. Ricardo issued a Report and Recommendation recommending that the Amended Complaint be dismissed without prejudice (the "Report").

WHEREAS, pro se Plaintiff has filed both objections to the Report and a Second Amended Complaint. Because the undersigned Judge has not yet ruled on the Report, Defendants' motion to dismiss remains pending, and the Second Amended Complaint is premature. It is hereby

**ORDERED** that Defendants' deadline to respond to the Second Amended Complaint is stayed pending resolution of Defendants' motion to dismiss. The Court will issue further guidance regarding the Second Amended Complaint upon resolution of the pending motion to dismiss. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: January 5, 2026
       New York, New York

                                        LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE