UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY VARGAS,

                        Plaintiff,

            -v-

CREDIT CONTROL, LLC, *et al.*,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2026

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated April 14, 2026, ECF No. 85, the Court instructed Plaintiff to file a letter responding to Defendants' filings requesting a pre-motion conference in anticipation of filing motions to dismiss by April 28, 2026. To date, so far as the docket reflects, Plaintiff has not filed a response. The Court *sua sponte* extends the deadline for Plaintiff to file a response to **May 4, 2026**.

The parties are reminded that the undersigned will hold a telephone conference on **May 6, 2026** at **10:00 a.m.** to address Defendants' pre-motion submissions. Counsel and the *pro se* litigant should contact Chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 617 490 284#).

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: May 1, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2