UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2026_

NANCY VARGAS,

                Plaintiff,

        -v-

CREDIT CONTROL, LLC, *et al.*,

                Defendants.

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's May 22, 2026 order, ECF No. 92 (the "Order"), Defendants were directed to file motions to dismiss the second amended complaint by June 18, 2026.  To date, so far as the docket reflects, Defendant Portfolio Recovery Associates, LLC ("PRA") has not filed a motion to dismiss.  The undersigned *sua sponte* extends the deadline for PRA to file a motion to dismiss to **June 25, 2026**.

If PRA fails to respond to the second amended complaint by the deadline, it will be in default.  If PRA files a motion to dismiss by June 25, 2026, Plaintiff shall respond to all Defendants' motions to dismiss by **July 16, 2026**, and Defendants shall file replies by **July 24, 2026**.  If PRA fails to file a motion to dismiss, the parties shall adhere to the briefing schedule set forth in the Order.

**SO ORDERED.**

Dated: June 22, 2026
      New York, New York

 

_____
Henry J. Ricardo
United States Magistrate Judge