UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

NANCY VARGAS,

Plaintiff,

-v-

CREDIT CONTROL, LLC, *et al.*,

Defendants.

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's May 22, 2026 order, ECF No. 92, Plaintiff was directed to file her opposition to Defendants' motions to dismiss the second amended complaint by July 9, 2026. To date, so far as the docket reflects, Plaintiff has not filed her opposition brief. The Court *sua sponte* extends the deadline for Plaintiff to file her opposition brief to **July 22, 2026**. If Plaintiff files an opposition brief by July 22, 2026, Defendants' reply briefs are due by **July 29, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: July 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge