USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY VARGAS,

Plaintiff,

-v-

CREDIT CONTROL, LLC, *et al.*,

Defendants.

**ORDER**

24-CV-7885 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's May 22, 2026 order, ECF No. 92, Plaintiff was directed to file her opposition to Defendants' motions to dismiss the second amended complaint by July 9, 2026. As Plaintiff did not file her opposition brief by July 9, 2026, the Court entered an order on July 15, 2026, *sua sponte* extending the deadline for Plaintiff to file her opposition brief to July 22, 2026. ECF No. 99. To date, so far as the docket reflects, Plaintiff has not filed her opposition brief. Therefore, the undersigned will address the motions based on Defendants' motion papers.

**SO ORDERED.**

Dated: July 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge